Summons in a Civil Action

---

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

KEITH D. RUDOLPH,
    PLAINTIFF,

V.

**SUMMONS IN A CIVIL ACTION**

Case Number: 2:06-CV-994-ID

MOBIS ALABAMA, LLC.,
    DEFENDANT.

    TO:   Mobis Alabama, LLC, c/o The Corporation Company,
            2000 Interstate Park Drive, Suite 204, Montgomery, AL 36109

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

            David R. Arendall
            Allen D. Arnold
            Arendall & Associates
            2018 Morris Avenue, Third Floor
            Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

11-3-06
DATE