**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MOBIS ALABAMA, LLC
   c/o The Corporation Company
   2000 Interstate Park Drive, Suite 204
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dawson_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name): S. Dawson
C. Date of Delivery: 11-6-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06cv994
   SLC

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0002 6128 5254

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540