IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEITH D. RUDOLPH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-0994-ID |
| | ) | |
| MOBIS ALABAMA, LLC, | ) | |
| | ) | |
| Defendant . | ) | |

### ORDER

Upon of review and consideration of Plaintiff's *Motion to Compel* (Doc. 9, filed May 3, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **May 14, 2007**.

DONE this 7th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE