IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KEITH D. RUDOLPH,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 2:06-cv-994-ID |
| **MOBIS ALABAMA, L.L.C.,** | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO WITHDRAW REQUEST FOR ATTORNEY'S FEES**

**COMES NOW** the Defendant, **MOBIS ALABAMA, L.L.C.** (hereinafter "**Defendant**") and pursuant to the Court's Order dated May 15, 2007, states as follows:

1. Defendant wishes to withdraw its request for reasonable expenses and attorney's fees incurred in the defense of the Motion to Compel filed by the Plaintiff; and

2. Defendant moves the Court to cancel the hearing scheduled on May 25, 2007, requiring the Plaintiff to show cause.

As grounds for its Motion, Defendant states that the parties had a good faith disagreement over the issue at bar, and that Defendant does not wish to put more demands on the Court's time and resources.

RESPECTFULLY SUBMITTED,

/s/ Henry C. Barnett, Jr.
**HENRY C. BARNETT, JR. (BAR037)**
*Attorneys for Defendant*

1090871

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:  (334) 241-8000
Facsimile:  (334) 241-8888

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing instrument was served upon the following by email transmission and by placing a copy in the United States Mail, postage prepaid and properly addressed on this the 18th day of May, 2007.

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203

   /s/ Henry C. Barnett, Jr.
   OF COUNSEL

1090871