IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KEITH D. RUDOLPH,              )
                               )
        Plaintiff,             )
                               )
v.                             )        CASE NO. 2:06-CV-0994-ID
                               )
MOBIS ALABAMA, LLC,            )
                               )
        Defendant .            )

## ORDER

This case is referred to the undersigned for discovery issues.  Upon consideration of

*Defendant's Motion to Withdraw Request for Attorney's Fees* (Doc. 13, filed May 18, 2007),

it is for good cause

        **ORDERED** the Motion is **GRANTED**.  It is further **ORDERED** the Hearing

scheduled for May 25, 2007 at 10:00 a.m. is hereby **CANCELLED**.  Moreover, Plaintiff

need not file any response to the Show Cause Order issued on May 15, 2007.

        DONE this 18th day of May, 2007.


        /s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE