IN THE UNITED STATES DISTRIC T COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**KEITH D. RUDOLPH,**

**PLAINTIFF,**

**V.**

**CIVIL ACTION NO. 2:06-cv-994-ID**

**MOBIS ALABAMA, LLC,**

**DEFENDANT.**     **UNOPPOSED**

### MOTION TO WITHDRAW

COMES NOW Plaintiff's attorneys, David Arendall and Allen Arnold, and move this Court to allow them to withdraw as counsel for the Plaintiff and shows in support as follows:

1. Plaintiff and the undersigned disagree regarding the matter and means by which this case should be prosecuted, resulting in conflict in the attorney/client relationship, making it impossible for the undersigned to represent Plaintiff.

WHEREFORE, PREMISES CONSIDERED, David Arendall and Allen Arnold hereby move this Court to allow them to withdraw as attorneys for Plaintiff.

1

        Respectfully Submitted,

        /s/ David R. Arendall

        _____
        David R. Arendall

        /s/ Allen D. Arnold

        _____
        Allen D. Arnold

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Suite 300
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

On August 17, 2007, a copy of the foregoing has been filed with the Clerk of this Court using CM/ECF system.

    Henry C. Barnett, Jr., Esq.

        /s/ Allen D. Arnold

        _____
        Of Counsel