IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KEITH D. RUDOLPH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv994-ID |
| v. | ) |
| | ) |
| **MOBIS ALABAMA, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon CONSIDERATION of the motion to withdraw, filed August 17, 2007 (Doc. No. 15) and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that David Arendall, Esquire, and Allen Arnold, Esquire, are hereby permitted to withdraw as counsel for Plaintiff Keith D. Rudolph.

It is further CONSIDERED and ORDERED that Plaintiff has until September 25, 2007, to find new counsel, and to have said counsel make an appearance in this matter. Alternatively, Plaintiff has until September 25, 2007, to make an appearance in this matter *pro se*.

DONE this 21st day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE