**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KEITH D. RUDOLPH,**        ) | |
|                                          ) | |
|         **Plaintiff,**                 ) | |
|                                          )   **Civil Action No.: 2:06-CV-994-ID** | |
| **vs.**                                ) | |
|                                          ) | |
| **MOBIS ALABAMA, LLC,**   ) | |
|                                          ) | |
|         **Defendant.**               ) | |

**DEFENDANT MOBIS ALABAMA, LLC'S
CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Mobis Alabama, LLC hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Mobis Alabama, LLC is a single member limited liability company. Its single member is Mobis America, Inc., a privately held company in the United States. Its parent company is Hyundai Motor Group, Ltd. Hyundai Motor Group, Ltd. is traded on the Korean Stock Exchange.

Respectfully submitted this 13th day of December 2007.

/s/Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)

*ATTORNEY FOR MOBIS ALABAMA, LLC*

**OF COUNSEL**:
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL  36102
Telephone:  (334) 241-8059
Facsimile:   (334) 323-8888


**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of December 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, a copy was also sent Via U.S. Mail to the address below:

> Mr. Keith Rudolph
> 3358 Rudolph Road
> Tyler, Al  36785


        /s/Henry C. Barnett, Jr.
        OF COUNSEL