**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 14, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Rudolph v. Mobis Alabama, LLC

**Case Number:** 2:06-cv-00994-ID

**This Notice of Correction was filed in the referenced case this date to attach the PDF documents for the previously omitted Exhibits 1 and 2.**

**The PDF documents are attached to this notice for your review. Reference is made to document # 21 filed on December 14, 2007.**

# CAPELL & HOWARD PC
ATTORNEYS AT LAW

November 12, 2007

Mr. Keith Rudolph
3358 Rudolph Road
Tyler, AL 36785

    Re:    Keith D. Rudolph v. MOBIS Alabama, LLC
           U.S. District Court for the Middle District of Alabama, Northern Div.
           Case No.: 2:06cv994-ID

Dear Mr. Rudolph:

    This firm represents MOBIS Alabama, LLC in the above referenced lawsuit, which you filed on November 2, 2006.

    On August 21, 2007, United States District Judge Ira DeMent issued an Order allowing your attorney, David Arendall, Esq., to withdraw and requiring you to find new counsel and have such counsel make an appearance in this case no later than September 25, 2007. In the alternative, the Court gave you until September 25, 2007 to make an appearance in this case *pro se* (meaning that you will be representing yourself, without a lawyer).

    As of today, no lawyer has made an appearance on your behalf, and you have not appeared *pro se*. The September 25, 2007 deadline established by the Court has long since passed so I am assuming that you no longer intend to pursue this case. Whether or not you intend to pursue the case, I ask that you please give me a call at 241-8059 at your earliest convenience so that we may discuss this matter and agree on how to proceed from here.

                                              Yours very truly,

                                              Henry C. Barnett, Jr.

HCB/as
Enclosure

**EXHIBIT 1**

MONTGOMERY · OPELIKA · AUBURN

150 SOUTH PERRY STREET (36104), POST OFFICE BOX 2069, MONTGOMERY, ALABAMA 36102-2069
334-241-8000 tel    334-323-8888 fax    www.capellhoward.com

# CAPELL & HOWARD PC
ATTORNEYS AT LAW

November 20, 2007

Mr. Keith Rudolph
3358 Rudolph Road
Tyler, Al 36785

Re: Keith D. Rudolph v. MOBIS Alabama, LLC
U.S. District Court for the Middle District of Alabama, Northern Div.
Case No.: 2:06cv994-ID

Dear Mr. Rudolph:

On November 12, 2007, I wrote you inquiring about your intentions for going forward with your case against MOBIS. You have not responded to my letter.

Please be advised that if I do not hear from you within ten (10) days of the date of this letter, I will file a motion with the Court to have the case dismissed for lack of prosecution. Again, I emphasize that I am available to discuss the case with you irrespective of whether you decide to proceed or drop the case. My direct dial telephone number in Montgomery is 334-241-8059.

Yours very truly,

Henry C. Barnett, Jr.

HCB/as


EXHIBIT 2