IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH D. RUDOLPH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-994-ID |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion for reassignment to a magistrate judge as *pro se* litigation (Doc. No. 21), it is ORDERED that said motion be and the same is hereby GRANTED and that the above-styled case, including the motion to dismiss for want of prosecution (Doc. No. 21), be and the same is hereby REFERRED to the magistrate judge for further proceedings and determination or recommendation as may be appropriate.

Done this 17th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE