IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KEITH D. RUDOLPH,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIV. ACT. NO. 2:06cv994-ID |
| v. | ) |
| | ) |
| **MOBIS ALABAMA, LLC,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. No. 25), and upon an independent review of the file in this case, it is CONSIDERED and ORDERED that said Recommendation is hereby adopted and that Defendant's motion to dismiss for want of prosecution (Doc. No. 21) be and the same is hereby GRANTED and that this case is hereby DISMISSED without prejudice for lack of prosecution.

DONE this 25th day of January, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE